IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01279-BNB

VINCENT L. CHAHALE,

      Plaintiff,

v.

WAL-MART INC. STORES,

      Defendant.

_____

ORDER DRAWING CASE

_____

      Plaintiff, acting *pro se*, has initiated this action by submitting a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint. After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

      ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

      DATED May 20, 2013, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Boyd N. Boland_____
                                 United States Magistrate Judge